UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

JS-6

| | |
|---|---|
| **Crystal Morales,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Newport-Mesa Unified School District**,<br><br>　　　　　　Defendant. | Case No. SACV 17-00699 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated October 30, 2017

　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT